## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAUREN BURKE**<br>**5335 Wisconsin Ave., N.W.**<br>**Suite 600**<br>**Washington, D.C. 20015,**[1]<br><br>                              **Plaintiff,**<br><br>  **v.**<br><br>**MERVIS DIAMOND IMPORTERS, INC.**<br>**1900 Mervis Way**<br>**Tysons Corner, VA 22182**<br><br>**and**<br><br>**RONALD MERVIS**<br>**8440 Bradley Blvd.**<br>**Bethesda, MD 20817,**<br><br>                              **Defendants.** | Civil Action No._____<br>(Removed from the Superior Court<br>of the District of Columbia, Case<br>No. 2016 CA 000749 B) |

## NOTICE OF REMOVAL
### (Diversity)

The defendants, Mervis Diamond Importers, Inc.[2] ("MDI") and Ronald Mervis

("Mervis") (collectively, "Defendants"), by and through undersigned counsel, provide notice

pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of this proceeding, filed in the Superior

Court of the District of Columbia, Civil Division, under the caption *Burke v. Mervis Diamond*

*Importers, Inc*., Case No. 2016 CA 000749 B, to the United States District Court for the District

---

[1]  This is the plaintiff's address as it appears on the face of the complaint.  This address is a commercial address and actually the address of the undersigned's firm, Friedlander Misler, PLLC.  The plaintiff does not reside at this address.  In her complaint, plaintiff alleges she resides in the District of Columbia.

[2]  Plaintiff incorrectly named Mervis Diamond Importers, Inc., a d/b/a for Mervis Diamond Corporation, a corporation organized under the laws of the State of Maryland.

of Columbia.  Removal is based on 28 U.S.C. § 1332(a) (Diversity Jurisdiction).  As grounds for

removal, Defendants state as follows:

## BACKGROUND

1.     Lauren Burke ("Plaintiff") commenced this action on or about February 2, 2016

by filing a complaint in the Superior Court of the District of Columbia, Civil Division, Case No.

2016 CA 000749 B (the "State Court Action").

2.     Plaintiff's complaint sets forth claims for sexual harassment in violation of the

District of Columbia Human Rights Act ("DCHRA") (Count I), violation of the DCHRA based

on hostile work environment (Count II), discrimination and violation of the DCHRA for

wrongful termination in retaliation for assertion of protected rights (Count III), intentional

infliction of emotional distress (Count IV) and battery (Count V).  *See* Complaint, ¶¶42-102.

Based on these claims, Plaintiff seeks damages in the aggregate amount of $10,000,000,

exclusive of costs and attorneys' fees.  *See id.*

3.     Removal to this Court is proper.  Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a),

this Notice of Removal is being filed in the United States Court for the District of Columbia,

which is the federal district court embracing the state court where the State Court Action was

filed.

4.     Removal is timely.  A Summons issued March 7, 2016, a Civil Division – Civil

Actions Branch Information Sheet dated February 1, 2016, the Complaint dated February 2,

2016, and the Initial Order and Addendum dated February 2, 2016 were first emailed to

Defendants' counsel, Morris Kletzkin, Esq., on March 7, 2016, by agreement of the parties.

These documents include all process, pleadings and orders filed to date in the State Court Action.

Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this Court on March

25, 2016, within 30 days after receipt by Defendants of the aforementioned documents filed in the State Court Action.

5.      All other procedural requirements have been met.  Pursuant to 28 U.S.C. § 1446(a), attached hereto as <u>Group Exhibit 1</u> is a true and correct copy of the aforementioned process, pleadings and orders received by Defendants in the State Court Action.  Attached hereto as <u>Exhibit 2</u> is a copy of the *Notice of Filing of Notice of Removal* that Defendants will file with the Clerk of the Superior Court of the District of Columbia and will promptly serve upon Plaintiff.  Attached hereto as <u>Exhibit 3</u> is the Civil Cover Sheet for filing in this Court.

## STATUTORY REQUIREMENTS – DIVERSITY JURISDICTION

6.      This case is properly removed to the United States Court for the District of Columbia pursuant to 28 U.S.C. § 1441(a) and (b) as diversity jurisdiction is established under 28 U.S.C. § 1332(a), which provides that a district court has original diversity jurisdiction over civil actions where the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.

7.      As pled in the complaint, Plaintiff is a citizen of the District of Columbia. Complaint, ¶¶3, 5.

8.      MDI is a corporation existing pursuant to the laws of the State of Maryland.

9.      Mervis is an individual and citizen of the State of Maryland.  *Id.*, ¶7.

10.     Accordingly, there is complete diversity between the parties.

11.     The amount in controversy requirement is also plainly satisfied on the face of the Complaint.  Plaintiff alleges five causes of action and asserts that she is entitled to damages in the amount of $10,000,000, exclusive of attorneys' fees and costs.  This amount far exceeds the sum or value of $75,000, exclusive of fees and costs, as required under 28 U.S.C. § 1332(a).

12.     None of the Defendants have filed an appearance, answer or other pleading in the State Court Action.  Each of the Defendants in this action is represented by the undersigned counsel and each of the Defendants consent to removal of the State Court Action to this Court.

WHEREFORE, having satisfied the requirements for removal under 28 U.S.C. § 1332(a) and 28 U.S.C. §§ 1441 and 1446, Defendants respectfully serve notice that the above-referenced civil action, now pending in the Superior Court for the District of Columbia, is removed therefrom to the United States District Court for the District of Columbia.

Dated:  March 25, 2016

Respectfully submitted,

**FRIEDLANDER MISLER, PLLC**

By: /s/  Morris Kletzkin
Morris Kletzkin, Esq., D.C. Bar No. 25163
Joseph Santini, Esq., D.C. Bar No. 485456
Lindsay A. Thompson, Esq., D.C. Bar No. 995814
5335 Wisconsin Avenue, N.W.
Suite 600
Washington, D.C. 20015
202-872-0800; fax 202-857-8343
mkletzkin@dclawfirm.com
jsantini@dclawfirm.com
lathompson@dclawfirm.com
*Counsel for Defendants*

4

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that on this 25th day of March, 2016, a copy of the foregoing *Notice of Removal* and the exhibits thereto was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to plaintiff's counsel by U.S. Mail at the following address:

Kevin Byrnes, Esq.
Law Offices of Kevin Byrnes
1455 Pennsylvania Avenue, NW
Suite 461
Washington, DC 20004
kevinb@kbyneslaw.com
*Counsel for Plaintiff*


/s/  Morris Kletzkin
Morris Kletzkin
