IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAUREN BURKE**<br><br>**Plaintiff,**<br><br>v.<br><br>**MERVIS DIAMOND IMPORTERS, INC., et al.**<br><br>**Defendants.** | Civil Action No. 1:16-cv-00565-TSC |

## NOTICE OF SETTLEMENT

This is to advise the Court that the parties to this matter have entered into a settlement, following successful mediation on May 18, 2016.

The parties are currently reducing the terms of the settlement to a final agreement and anticipate having a completed final agreement this week.

Plaintiff requests that the Court vacate its Order requiring further Pleadings in anticipation of Plaintiffs submitting a Motion to Dismiss with Prejudice following completion of the final settlement. And set a status conference for a date thirty days from this date in order to insure the submission and entry of the Order of the Dismissal conditioned upon the settlement. Defendants' counsel has been notified of this filing and anticipates having a completed final settlement shortly.

                                                Respectfully submitted,

                                                /s/ *Kevin C. Byrnes*
                                                Kevin Byrnes, DC Bar #480195
                                                Law Office of Kevin Byrnes, PLLC
                                                1050 30th Street, N.W., Suite 109
                                                Washington, DC. 20007
                                                *Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of May, 2016, a true copy of the foregoing was sent via electronic mail to:

Morris Kletzkin, Esp.
mkletzkin@dclawfirm.com

Joseph Walter Santini
jsantini@dclawfirm.com

<u>/s/ *Kevin E. Byrnes*</u>
Counsel